# COMPLAINT/REMOVAL DISMISSAL
## United States District Court
## Southern District of New York

Mag. Judge Dkt. No. __19-MJ-11265__         Date __1-27-20__

USAO No. __2019R00908__

The Government respectfully requests the Court to dismiss without prejudice the ✓ Complaint ____ Removal Proceedings in

United States v. __Nisaich Noble (1 of 5 defendants charged by complaint)__

The Complaint/~~Rule 40 Affidavit~~ was filed on __12-2-19__

✓ _U.S. Marshals please withdraw warrant._

_____
ASSISTANT UNITED STATES ATTORNEY

__Danielle Kudla__
(Print name)

**SO ORDERED:**

_____            __1/27/20__
UNITED STATES MAGISTRATE JUDGE        DATE

Distribution:    White → Court    Yellow → U.S. Marshals    Green → Pretrial Services    Pink → AUSA Copy